

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

In the Interest of J.Y., G.Y., and B.Y.,
Children

No. 06-16-00084-CV

Appeal from the 76th District Court of Titus
County, Texas (Tr. Ct. No. 37,897). Opinion
delivered by Justice Moseley, Chief Justice
Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the order of the trial court regarding possession of and access to the children as it was not sufficiently specific as to the times and conditions of Geri's possession of or access to the children, and we remand the cause for further proceedings. We affirm the trial court's order in all other respects.

We further order that the payment of all costs of this appeal is waived pursuant to Section 40.062 of the Texas Human Resources Code. *See* TEX. HUM. RES. CODE ANN. § 40.062 (West Supp. 2016).

RENDERED APRIL 28, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk